# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER HOUSE MANUFACTURING CO., INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WELTON USA, LTD., a Texas Corporation, RENT-A-CENTER, INC. a Delaware Corporation, and Does 1 – 10 inclusive<br>    Defendants. | Case No. CV 08-08537-GW (MANx)<br><br>**FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION, AGAINST DEFENDANT RENT-A-CENTER, INC.**<br><br>**MADE JS-6** |

The Court, pursuant to the Stipulation for Entry of Judgment, Including Permanent Injunction, Against Defendant Rent-a-Center, Inc. ("Stipulation") of the parties and as otherwise agreed to in writing by the parties, hereby ORDERS, ADJUDICATES and DECREES that final judgment, including a permanent injunction, shall be and hereby is entered on the Complaint in the within action as follows, and any defined terms shall have the meaning as specified in the Stipulation or as otherwise defined herein:

    A.    <u>Permanent Injunction</u>. Defendant Rent-a-Center, Inc. ("Rent-a-Center"), its owners, officers, directors, assignees, transferees, employees, agents and representatives, and all other persons, firms, or entities acting in concert or participating with it, are enjoined from directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities:

    (i)    manufacturing, selling, offering for sale, using, importing or exporting any expandable TV carts that infringe United States Patent, Patent No. US 7,441,846 B2, ("the '846 patent") including without limitation expandable TV carts associated with Welton USA stock numbers AV96C, AV96K, AV84C, and AV84K. A copy of the '846 patent is attached hereto as Exhibit A;

    (ii)    manufacturing, selling, offering for sale, using, importing or exporting any products that include, or that are combined with, any expandable TV cart that infringes the '846 patent, including without limitation expandable TV carts associated with Welton USA stock numbers AV96C, AV96K, AV84C, and AV84K; and

    (iii)    distributing any marketing material showing any expandable TV cart that infringes the '846 patent.

B.    <u>No Appeals and Continuing Jurisdiction</u>. No appeals shall be taken from this Judgment, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Judgment, including the within Permanent Injunction, by either party.

C.    <u>Limitation.</u> This injunction shall not apply to expandable TV carts obtained from defendant Welton USA, Ltd. prior to entry of this injunction.

D.    <u>No Fees or Costs</u>. Each party shall bear its own fees and costs.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

Dated: February 9, 2009                          *[signature]*
                                                 United States District Judge